JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
    25350 Magic Mountain Pkwy Suite 300
    Valencia, CA  91355
    Tel:  (818) 905 6611
    Fax:  (818) 789 1375
    Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRA N. DURBIN, | No. 19-CV-7628-PLA |
| Plaintiff, | ORDER AWARDING  ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |
| vs. | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY | |
| Defendant | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5,000.00 in attorney's fees as authorized by 28 U.S.C. § 2412, as well as reimbursement for costs of the $400.00 filing fee as authorized by 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated:   November 9, 2020

_____
HON. PAUL L. ABRAMS
U.S. Magistrate Judge